# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE:  ESTATE OF MARIO SACCHETTI,  :  No. 63 EAL 2016
DECEASED                              :
                                         :
                                         :  Petition for Allowance of Appeal from
PETITION OF: LINDA SACCHETTI  :  the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.

     Justice Donohue did not participate in the decision of this matter.